UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY LOUIS LAMON,<br>Plaintiff,<br>v.<br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br>Defendants. | No. 2:25-cv-3635 CSK P<br><br>ORDER |

Plaintiff is a state prisoner, proceeding pro se and in forma pauperis. Plaintiff filed a motion for a fourteen day extension of time to file objections to the pending findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 70) is granted; and

2. Plaintiff is granted fourteen days from the date of this order in which to file objections to the August 14, 2026 findings and recommendations (ECF No. 66).

Dated: September 4, 2026

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/lamo3635.36